UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 6 2005 ★
BROOKLYN OFFICE

------------------------------------------------------------

JUANA MUNIZ,

                  Plaintiff,

**ORDER OF DISCONTINUANCE**

v.

CV-04-2669 (NGG)

AMERICAN AIRLINES, INC.,

                  Defendant.

------------------------------------------------------------

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                  SO ORDERED.

                  _____
                  NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:   Brooklyn, N.Y.
           May 12, 2005